People ex rel. Hoffman v Maginley-Liddie (2025 NY Slip Op 00780)

People ex rel. Hoffman v Maginley-Liddie

2025 NY Slip Op 00780

Decided on February 7, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 7, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
PAUL WOOTEN
HELEN VOUTSINAS
LOURDES M. VENTURA, JJ.

2025-01144

[*1]The People of the State of New York, ex rel. Alexis Hoffman, on behalf of Jeremy King, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Brooklyn Defender Services, Brooklyn, NY (Alexis Hoffman pro se of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Hannah Laufer of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Jeremy King upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 70042/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., WOOTEN, VOUTSINAS and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court